IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WELLS FARGO BANK, NATIONAL  )
ASSOCIATION,                )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      1:11cv330-MHT
                            )           (WO)
RONNIE GILLEY CONSTRUCTION  )
OZARK, INC. and RONALD E.   )
GILLEY,                     )
                            )
    Defendants,             )
                            )
    v.                      )
                            )
KEYSTONE LAND, LLC,         )
                            )
    Garnishee.              )
```

CONDITIONAL JUDGMENT
AND SHOW-CAUSE ORDER

On January 10, 2012, final judgment was entered in favor of plaintiff Wells Fargo Bank, National Association (successor-by-merger to Wachovia Bank, National Association) and against defendants Ronnie Gilley Construction Ozark, Inc. and Ronald E. Gilley, jointly and severally, in the amount of $ 138,196.63.  On April

3, 2012, a writ of garnishment was issued against garnishee Keystone Land, LLC, claiming that Keystone Land is either indebted to Gilley or is in possession or control of Gilley's funds.  Keystone Land has failed to appear or answer the writ of garnishment.  On June 8, 2012, Wells Fargo moved this to court to enter a notice of conditional judgment against Keystone Land, LLC.  On June 12, 2012, this court ordered that Keystone Land show cause as to why the motion should not be granted conditional judgment entered against it.  The time set for Keystone Land to respond to the show-cause order has expired and Keystone Land has not responded.

*** 

Accordingly, it is ORDERED as follows:

(1) The motion for default judgment (doc. no. 42) is granted

(2) <u>Conditional</u> judgment is entered against garnishee Keystone Land, LLC.

(2) Garnishee Keystone Land, LLC shall, within 30

days, either show cause in writing as to why <u>final</u> judgment against garnishee Keystone Land, LLC should not be entered, or pay into the registry of the United States District Court, Montgomery, Alabama, sufficient funds, as prescribed in the writ of garnishment, on behalf of defendant Ronald E. Gilley.

DONE, this the 28th day of December, 2012.

                                         /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**