IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WELLS FARGO BANK, NATIONAL    )
ASSOCIATION, successor by      )
merger to Wachovia Bank,       )
National Association,          )
                               )
      Plaintiff,               )
                               )        CIVIL ACTION NO.
      v.                       )         1:11cv330-MHT
                               )             (WO)
RONNIE GILLEY                  )
CONSTRUCTION OZARK, INC.       )
and RONALD E. GILLEY,          )
                               )
      Defendants,              )
                               )
      v.                       )
                               )
KEYSTONE LAND, LLC,            )
                               )
      Garnishee.               )
```

ORDER

Counsel for plaintiff having orally informed the court

that plaintiff no longer wishes to pursue the conditional

judgment in light of the response filed by garnishee

Keystone Land, LLC (Doc. No. 53), it is ORDERED that the

conditional judgment (Doc. No. 51) is vacated and the motion for default judgment (doc. no. 42) is denied.

DONE, this the 18th day of January, 2013.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE