IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor by merger to Wachovia Bank, National Association,    )<br>   )<br>   )<br>   )<br>   )<br>       Plaintiff,    )<br>   )<br>   v.    )<br>   )<br>RONNIE GILLEY CONSTRUCTION OZARK, INC. and RONALD E. GILLEY,    )<br>   )<br>   )<br>   )<br>       Defendants,    )<br>   )<br>   v.    )<br>   )<br>KEYSTONE LAND, LLC,    )<br>   )<br>       Garnishee.    )  | CIVIL ACTION NO.<br>  1:11cv330-MHT<br>       (WO) |

ORDER

Counsel for plaintiff having orally informed the court that plaintiff no longer wishes to pursue the conditional judgment in light of the response filed by garnishee Keystone Land, LLC (Doc. No. 53), it is ORDERED that the

conditional judgment (Doc. No. 51) is vacated and the motion for default judgment (doc. no. 42) is denied.

DONE, this the 18th day of January, 2013.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**